RECEIVED
JAN - 8 2009
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| TRACY MOORE COMEAUX | CIVIL ACTION NO. 03-502 |
|---|---|
| VERSUS | JUDGE DOHERTY |
| METROPOLITAN LIFE INSURANCE CO., ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge, as amended by this Court's Ruling issued this date, and after a de novo review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings (as amended by this Court) under the applicable law;

IT IS ORDERED that Comeaux's claims against Shell Oil Co. are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all of Comeaux's claims against Fidelity Institutional Services, Inc. are DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Lafayette, Louisiana, this _7_ day of _January_, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE